IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-50739
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID GUY COLLIVER,

Defendant-Appellant.



_____

Appeal from the United States District Court
for the Western District of Texas
(EP-99-CR-1694)
_____

July 12, 2001

Before HIGGINBOTHAM and EMILIO M. GARZA, Circuit Judges, and DOWD[*],
District Judge.

PER CURIAM:[**]

We conclude that the district court did not abuse its discretion in denying the motion for continuance. We are also persuaded that the instruction on deliberate ignorance was warranted. The judgment of conviction is affirmed.

AFFIRMED.

_____

[*] District Judge of the Northern District of Ohio, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.